IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ROBIN S.,

        Plaintiff,

v.                                       CIVIL ACTION NO.   3:25-0577

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

        This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny the Plaintiff's request for entry of an award for benefits, or alternatively, remand (ECF No. 7); grant the Commissioner's request to affirm the final decision (ECF No. 8); affirm the final decision; and dismiss this matter from this Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

        Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** the Plaintiff's request for entry of an award for benefits, or alternatively, remand (ECF No. 7); **GRANTS** the Commissioner's request to affirm the final decision (ECF No. 8); **AFFIRMS** the final decision; and **DISMISSES** this matter from this Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:       February 20, 2026

        _____
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE